AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ac
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Cristobal ZUNIGA<br>XXX XXX 778 | ) Case No. SA:25-MJ-1623 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 23, 2025** in the county of **Medina** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326 (a)(1) | Illegal Re-Entry into the United States<br><br>Penalties: 2 years confinement, $250,000 fine or both; 1 years supervised release; $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

**ANDRES AVILA JR**
Digitally signed by ANDRES AVILA JR
Date: 2025.11.23 23:29:10 -06'00'

*Complainant's signature*

Andres Avila Jr., Border Patrol Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: November 24, 2025

*Judge's signature*

City and state: San Antonio, Texas      Hon. Richard B. Farrer Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

1. My name is Andres Avila Jr. I am a Border Patrol Agent with the United States Department of Homeland Security, Customs and Border Protection. I have been employed with Border Patrol since July 2009. I am currently stationed within the Laredo Sector. I am authorized by the United States Attorney General or his successor, the Secretary of Homeland Security, to enforce the immigration laws and regulations of the United States or any other law or regulation designated by the Attorney General and/or his successor, the Secretary of Homeland Security.

2. On November 23, 2025, at approximately 08:32 A.M, the Cotulla Border Patrol Station received a request from the Medina County Sheriff's Office (MCSO) to assist Sergeant (Sgt.) Deputy K. Simmons #7731 with a vehicle stop near the intersection of Interstate Highway 35 and Farm to Market Road 3175 near Lytle, Texas which is within the Western District of Texas. Border Patrol Agents from the Cotulla station responded to the request and met with Sgt. Simmons. Sgt. Simmons performed a vehicle stop on a grey in color Hyundai sport utility vehicle bearing Texas license plate TDZ-3063 for having an expired registration and speeding. As the vehicle came to a stop multiple male subjects fled from the vehicle into the nearby brush. Sgt. Simmons was able to apprehend two subjects immediately and stated three additional subjects had absconded into the nearby brush. After a search of the immediate area by other responding border patrol agents, one additional subject from the vehicle stop was found. An immigration inspection was performed on all three subjects who were identified as, CRUZ-Rangel, Roberto, VASQUEZ-Lopez, Feliciano, and **ZUNIGA, Cristobal**. All subjects were determined to be illegally present in the United States with no proper documentation to enter, pass through, or remain in the United States. All three subjects were taken into custody by Border Patrol Agents and transported to the Cotulla Border Patrol Station for further processing and investigation.

3. At the station, **ZUNIGA's** fingerprints were taken and queried through law enforcement databases which confirmed his identity and country of citizenship of MEXICO with assigned Alien Registration Number A-XXX-XXX-778. **ZUNIGA** was advised of his rights, executed a written acknowledgment, and stated he understood his rights. **ZUNIGA** was advised about his right to consular notification, and he stated that he understood his rights but declined to call the MEXICAN Consulate.

4. A review of the Alien Registration File for A-XXX-XXX-778 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that **ZUNIGA** is an alien who was previously removed by a designated Immigration Official through the Laredo, Texas Port of Entry from the United States back to MEXICO on November 10th, 2024.

5. Based on the foregoing, I believe probable cause exist to support a complaint against Cristobal **ZUNIGA**, for violating 8 U.S.C. § 1326(a)(1), Illegal Reentry into the United States Following a Removal.

ANDRES AVILA JR
Digitally signed by ANDRES AVILA JR
Date: 2025.11.23 23:38:43 -06'00'

Andres Avila Jr.
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically on the  24th   day of November 2025.

_____
HON. RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE